FILED
2018 Dec-07 AM 10:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JAMES BARSOUM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.: 4:18-cv-00701-LSC-SGC |
| | ) |
| ATTORNEY GENERAL OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

On December 4, 2018, Respondent filed a motion to dismiss this matter as moot. (Doc. 7). In the motion, Respondent notes Petitioner was released from ICE custody on November 1, 2018, pursuant to an Order of Supervision. (Doc. 7; *see* Doc. 7-1). Respondent contends this case is due to be dismissed as moot because Petitioner has been released,.

On May 7, 2018, Petitioner filed the instant petition for writ of habeas corpus seeking to be released from custody pending his removal to Lebanon. (Doc. 1). Because Petitioner has been released on an Order of Supervision, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 7-8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral

consequences to avoid mootness doctrine). Accordingly, this matter is due to be dismissed. *Khader v. Holder*, 843 F. Supp. 2d 1202, 1202 (N.D. Ala. 2011).

A separate order will be entered.

**DONE** AND **ORDERED** ON DECEMBER 7, 2018.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
160704